UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESTCHESTER SURPLUS LINES INSURANCE COMPANY,

Plaintiff,

v.

CLEAR BLUE SPECIALTY INSURANCE COMPANY and ALLIED WORLD NATIONAL ASSURANCE COMPANY,

Defendants.

26-CV-1235 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 21, 2026, the Court granted Defendants an extension of time to answer until October 17, 2026. Dkt. 25. To date, Defendants have not filed an Answer or requested a further extension. No later than October 26, 2026, the parties shall submit a joint letter updating the Court on the status of settlement negotiations. If Defendants require additional time to file an Answer, they shall request an extension by that date. Failure to comply with this Order may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 20, 2026
New York, New York

Ronnie Abrams
United States District Judge